February 12, 1976

M. P. No. 75-137. MICHAEL O. MASSEY v. JAMES W. MULLEN, *Warden*. Motion of state to dismiss petition as moot is denied. *William F. Reilly*, Public Defender, *Allegra Munson*, Asst. Public Defender, for plaintiff. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for defendant.

M. P. No. 75-217. WAKEFIELD WATER COMPANY v. PUBLIC UTILITIES COMMISSION. Motion of respondent for return of the record on appeal for clarification of its record denied. *Higgins, Cavanagh & Cooney, John F. Cooney, Jr.*, for petitioner. *Julius C. Michaelson*, Attorney General, *R. Daniel Prentiss*, Special Asst. Attorney General, for respondent.